UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACO OIL COMPANY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00199 AWI JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br>(Doc. 8) |

　　The plaintiff has filed a notice of voluntary dismissal with prejudice according to Federal Rules of Civil Procedure Rule 41(a)(1). (Doc. 8) The plaintiff notes the parties will bear their own fees and costs. Id. Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated:   **April 13, 2021**　　　　　　　_     **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE